ORIGINAL

FILED
OCT 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BRISTOL BAY AREA HEALTH CORPORATION**
6000 Kanakanak Road
P.O. Box 130

Dillingham, AK 99576

PLAINTIFF,

v.

**THE UNITED STATES OF AMERICA,**

DEFENDANT.

No. 07-725 C

## CORPORATE DISCLOSURE STATEMENT REQUIRED By RULE 7.1

I, Geoffrey D. Strommer, counsel of record for the Bristol Bay Area Health Corporation ("BBAHC"), certify that to the best of my knowledge and belief BBAHC has no parent corporation, and there is no publicly held corporation that owns 10% or more of BBAHC's stock.

Geoffrey D. Strommer

Attorney of Record for the
Bristol Bay Area Health Corporation

Hobbs, Straus, Dean & Walker, LLP
806 SW Broadway, Suite 900
Portland OR 97205
503-242-1745 (phone)
503-242-1072 (fax)