IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRISTOL BAY AREA HEALTH CORPORATION, | ) | |
| Plaintiff, | ) | No. 07-725C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Joseph A. Pixley, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joseph A. Pixley
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Joseph A. Pixley
Joseph A. Pixley
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0843
Facsimile: (202) 307-0972
E-mail: Joe.Pixley@usdoj.gov

Dated: November 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 2 day of November, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley