# In the United States Court of Federal Claims

No. 07-725C
(Filed: December 10, 2007)

| | |
|---|---|
| BRISTOL BAY AREA HEALTH CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On December 10, 2007, defendant filed its Unopposed Motion for an Enlargement of Time. The Clerk of the Court identified one deficiency with defendant's motion: the motion is not signed by the attorney of record as required by Rule 11 of the Rules of the Court of Federal Claims. **Accordingly, the Clerk is directed to strike defendant's Unopposed Motion for an Enlargement of Time, document #6. Defendant may refile its motion in conformity with the Rules of the Court of Federal Claims.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge