IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRISTOL BAY AREA HEALTH CORPORATION, | ) | |
| Plaintiff, | ) | No. 07-725C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 43-day enlargement of time, to and including January 25, 2008, within which to file a response to the complaint filed by plaintiff, Bristol Bay Area Health Corporation. Our response is currently due on December 13, 2007. Plaintiff's counsel does not oppose our request.

This is our first request for an enlargement of time for this purpose. Agency counsel is preparing for, and will be representing his agency in, an administrative hearing during the weeks of December 10-17. Agency counsel therefore needs additional time in which to collect documents in this case. Due to the complexity of the issues involved in the case and the volume of material, the additional time requested is necessary for agency counsel to collect documents and for defendant's counsel to review the case file, coordinate with agency counsel, and to prepare an appropriate response to the complaint. Furthermore, defendant's counsel is scheduled to go on holiday leave from December 24, 2007 through January 3, 2008.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to respond to the complaint, by 43 days, to and including January 25, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

December 10, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 10th day of December, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley