# In the United States Court of Federal Claims

No. 07-725C
(Filed: December 10, 2007)

************************************
BRISTOL BAY AREA *
HEALTH CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On December 10, 2007, defendant filed its Unopposed Motion for an Enlargement of Time ("motion"). In its motion, defendant requests a forty-three (43) day enlargement, to and including January 25, 2008, within which to file a response to plaintiff's complaint. Defendant's response is currently due December 13, 2007. Defendant represents that this is its first request for an enlargement of time and that plaintiff does not oppose its motion.

Defendant states that an extension is necessary because agency counsel, who is coordinating the collection of documents in this case, is preparing for and participating in an administrative hearing from December 10 through December 17. Consequently, agency counsel requires additional time to compile documents in this case. Due to the complexity of issues involved in–and the volume of material generated relating to–this case, defendant seeks additional time for review of these materials and preparation of an appropriate response to the complaint. Additionally, defendant represents that defendant's counsel will be on holiday leave at the end of December through January 3, 2008.

**Accordingly, the court GRANTS defendant's motion. Defendant shall file its response to plaintiff's complaint by Friday, January 25, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge