# In the United States Court of Federal Claims

No. 07-725 C
(Filed: January 28, 2008)

| | |
|---|---|
| ****************************************** | |
| BRISTOL BAY AREA HEALTH CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************************** | |

**ORDER**

On January 25, 2008, defendant filed its Motion to Dismiss (document #10). Defendant filed a corrected version of its Motion to Dismiss with exhibits (document #11) on January 26, 2008. The Clerk of the Court noted a deficiency with both filings: they did not contain a table of contents, including table of authorities, as required by RCFC 5.3. Additionally, defendant should have filed a motion for leave to file its corrected motion with exhibits. **Accordingly, the Clerk is directed to strike documents #10 and #11. Defendant shall refile its motion to dismiss with accompanying exhibits in conformity with the Rules of the United States Court of Federal Claims no later than Wednesday, January 30, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge