# In the United States Court of Federal Claims

No. 07-725 C
(Filed: January 31, 2008)

***********************************
BRISTOL BAY AREA *
HEALTH CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

Pursuant to the court's Order dated January 28, 2008, defendant refiled its Motion to Dismiss (document #13) on January 30, 2008. The Clerk of the Court noted that defendant's filing did not contain an index to the accompanying exhibits as required by RCFC 5.3(a)(1)(A), (G). **Accordingly, the Clerk is directed to strike document #13. Defendant shall refile its motion to dismiss with accompanying exhibits in conformity with the Rules of the United States Court of Federal Claims no later than Monday, February 4, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge