**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 07-725C
(Filed: )

| | |
|---|---|
| BRISTOL BAY AREA HEALTH CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On February 6, 2008, plaintiff Bristol Bay Area Health Corporation filed its Motion Requesting Order to Require the Government to Comply With Court Rules and to Provide the Administrative Record.

Good cause having been shown by the plaintiff for the relief requested, defendant is hereby ordered to file (1) a motion for leave to file an amended pleading, and errata, and (2) an administrative record with the Court in accordance with RCFC 52.1(a), and provide a copy to plaintiff, forthwith. Plaintiff shall file its response to the defendant's motion to dismiss not later than thirty days after the later of these two filings.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge