IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-725C
(Filed: )

BRISTOL BAY AREA *
HEALTH CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************

**ORDER**

Plaintiff Bristol Bay Area Health Corporation comes before this Court on an Unopposed Motion for Enlargement of Time of thirty days in which to file a Response to the United States' Motion to Dismiss the Complaint. Good cause having been shown, the Court hereby grants the Plaintiff's Motion for Enlargement of Time. The Plaintiff's Response shall be filed not later than April 2, 2008.

IT IS SO ORDERED.

____________________________
Margaret M. Sweeney,
Judge