# In the United States Court of Federal Claims

No. 07-725 C
(Filed: February 27, 2008)

```
***********************************
BRISTOL BAY AREA                  *
HEALTH CORPORATION,               *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On February 26, 2008, plaintiff filed its Unopposed Motion for Enlargement of Time in Which to Respond to Motion to Dismiss ("motion"). In its motion, plaintiff requests an additional thirty (30) days, to and including April 2, 2008, in which to respond. Plaintiff's response is currently due March 3, 2008, and plaintiff represents that defendant does not oppose its motion.

Plaintiff states that defendant did not file an administrative record prior or simultaneous to its filing of a motion to dismiss. On February 8, 2008, plaintiff filed a motion requesting that defendant file an administrative record, which defendant opposed in its February 25, 2008 response. Plaintiff's reply is currently due March 10, 2008. Plaintiff states that it is both necessary and appropriate to resolve the issue concerning whether an administrative record must be filed pursuant to RCFC 52.1 before it responds to defendant's motion to dismiss.

**Accordingly, plaintiffs' unopposed motion is GRANTED. Plaintiff shall file its response to defendant's motion to dismiss no later than Wednesday, April 2, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge