IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-725C
(Judge Sweeney)

BRISTOL BAY AREA )
HEALTH CORPORATION, )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

**PLAINTIFF BRISTOL BAY AREA HEALTH CORPORATION'S STATUS REPORT IN RESPONSE TO THE COURT'S ORDER OF MARCH 19, 2008**

Bristol Bay Area Health Corporation ("Bristol Bay") hereby responds to the Order of the Court denying Bristol Bay's motion requesting the Court to order the filing of the Administrative Record in this case and vacating the April 2, 2008, deadline for filing of the Plaintiff's Response to the United States' Motion to Dismiss the Complaint:

(1) Bristol Bay has determined that it will not seek discovery on the jurisdictional arguments raised by the United States' in support of its Motion to Dismiss.

(2) Unless otherwise directed by the Court, Bristol Bay intends to adhere to the previously established deadline of April 2, 2008, in filing its response to the Motion to Dismiss the Complaint.

(3) Bristol Bay reserves the right to request discovery on other matters, for example, those related to the merits of this action, if Bristol Bay believes discovery is warranted at a later stage in this litigation.

Respectfully submitted,

s/Geoffrey D. Strommer by s/Lisa F. Ryan
Geoffrey D. Strommer, Attorney of Record
Stephen D.Osborne, Of Counsel
Hobbs, Straus, Dean & Walker, LLP
806 SW Broadway, Suite 900
Portland, OR 97205
503-242-1745 (Tel)
503-242-1072 (Fax)

s/Lisa F. Ryan
Lisa F. Ryan, Of Counsel
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, DC 20037
202-822-8282 (Tel)
202-296-8834 (Fax)

Attorneys for Bristol Bay Area Health Corporation

March 28, 2008