# In the United States Court of Federal Claims

No. 07-725 C
(Filed: April 17, 2008)

************************************
BRISTOL BAY AREA HEALTH CORPORATION, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
************************************

**ORDER**

On April 15, 2008, plaintiff filed a motion for summary judgment (document #25). The Clerk of the Court noted that plaintiff's motion should have been included as a cross-motion in its response to defendant's motion to dismiss pursuant to RCFC 12(b)(1), which plaintiff filed on April 2, 2008 (document #24). Additionally, plaintiff's Proposed Findings of Uncontroverted Fact should have been filed separately from the motion, rather than as an attachment thereto. As both these errors are harmless, **the Clerk of the Court is directed to file plaintiff's motion for summary judgment (document #25) by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge